**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LeadIC Design USA LLC, *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>U.S. Citizenship and Immigration Services,<br><br>     Defendant. | No. 4:23-cv-06590<br><br>**ORDER** |

Before the Court is the parties' Stipulated Request to Enlarge Page Limit for Defendant's Motion to Dismiss. PURSUANT TO STIPULATION, IT IS SO ORDERED:

Defendant may exceed the page limitation for its Memorandum in Support of its Motion to Dismiss by seven (7) pages.

SO ORDERED this 29th day of March, 2024.

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE