# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LeadIC Design USA LLC, ., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Citizenship and Immigration Services, <br><br> Defendant. | No. 4:23-cv-06590 HSG <br><br> **ORDER** |

Before the Court is the parties' Stipulated Re uest to Extend Deadline to File Reply in Support of Defendant's Motion to Dismiss. PURSUANT TO STIPULATION, IT IS SO ORDERED:

Defendant shall file a reply in support of its Motion to Dismiss on or by April 26, 2024. SO ORDERED this 18th day of April, 2024.

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE